```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DOREEN LUDWIG                    :    CIVIL ACTION
                                 :
     v.                          :
                                 :
CARPENTERS HEALTH & WELFARE      :
FUND OF PHILADELPHIA &           :
VICINITY, et al.                 :    NO. 08-809
```

ORDER

AND NOW, this 18th day of September, 2009, upon consideration of the defendants' Motion for Summary Judgment (Docket No. 27), the plaintiff's opposition (Docket No. 32), and the defendants' reply thereto (Docket No. 33), and for the reasons stated in a memorandum of law bearing today's date, IT IS HEREBY ORDERED that the defendants' motion is GRANTED. Judgment is hereby entered against the plaintiff and for the defendants. This case is closed.

                              BY THE COURT:


                              /s/ Mary A. McLaughlin
                              MARY A. McLAUGHLIN, J.